Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

Attorneys for Defendant
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEVIN GIORDANO,<br><br>            Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,<br><br>            Defendants. | Case No. 2:22-cv-01080-JCM-VCF<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Complaint Filed:  7/8/2022 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Devin Giordano ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on July 8, 2022, and currently Experian's responsive pleading is due August 3, 2022.  (ECF No. 1.)  The first extension will allow Experian an opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly, Plaintiff and Experian stipulate and agree that Experian shall have an extension until August 24, 2022, to file its responsive pleading.

This is Experian's first request for an extension of time to respond to the Complaint and is

not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 29th day of July 2022.

| | |
|---|---|
| NAYLOR & BRASTER | PRICE LAW GROUP, APC |
| By: */s/ Benjamin Gordon*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Benjamin B. Gordon<br>Nevada Bar No. 15552<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145 | By: */s/ Steven A. Alpert*<br>Steven A. Alpert<br>Nevada Bar No. 8353<br>5940 S. Rainbow Blvd., Suite 3014<br>Las Vegas, NV 89118<br><br>*Attorney for Plaintiff Devin Giordano* |
| *Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* | |

**IT IS SO ORDERED.**

Dated this 2nd day of August 2022.

_____
Cam Ferenbach
United States Magistrate Judge

- 2 -