**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
*Attorneys for Plaintiff*
*Devin Giordano*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEVIN GIORDANO, | Case No.: 2:22-cv-01080-JMC-VCF |
| Plaintiff, | **STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Devin Giordano and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that all claims against Experian shall be dismissed from this action with prejudice, with attorneys' fees and costs to be paid

1

as indicated in the parties' settlement agreement. There are no remaining defendants in this matter.

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP, APC**

DATED: January 19, 2023

*/s/Steven A. Alpert*
Steven A. Alpert, NV Bar #8353
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff*
*Devin Giordano*

DATED: January 19, 2023

_____
U.S. DISTRICT JUDGE

**NAYLOR & BRASTER**

*/s/Benjamin Gordon*
Jennifer L. Braster Nevada Bar No. 9982
Benjamin B. Gordon Nevada Bar No. 15552
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

Cheryl O'Connor Nevada Bar No. 14745
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
coconnor@jonesday.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*